[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14527
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00328-TCB-LTW-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUFFINO TORRES-PINEDA,
a.k.a. Nino,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(November 12, 2014)

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

David H. Jones, appointed counsel for Ruffino Torres-Pineda in this direct criminal appeal, has moved to withdraw from further representation of Torres-Pineda and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Torres-Pineda's convictions and sentences are **AFFIRMED**.